**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ARNETTA McCLOUD, et al.,

        Plaintiffs,

v.                                 CASE NO.  4:05cv101-RH/WCS

KENNETH W. FORTUNE, etc.,
et al.,

        Defendants.

_____/

**ORDER DENYING MOTION TO QUASH
SUBPOENA TO FREDDIE McCLOUD**

The motion of plaintiffs and witness Freddie McCloud to quash the

subpoena for trial served upon him by defendants is DENIED.[1]  If plaintiffs'

attorney so requests, defendants shall cooperate with plaintiffs' attorney to give as

---

[1] The trial subpoena power of a federal district court is at least as extensive as that of a state court of general jurisdiction sitting at the same location.  *See* Fed. R. Civ. P. 45(b)(2).  The subpoena power of Florida circuit courts runs statewide.  The trial subpoena power of a federal district court in Florida thus runs statewide.  Such a subpoena may be quashed in specified circumstances.  *See* Fed. R. Civ. P. 45(c)(3).  Quashing this subpoena under these provisions is not appropriate and, even if discretionary, would not be ordered here.  Defendants must, of course, bear Mr. McCloud's attendance and mileage fees, as would be the case for any subpoenaed witness.

much advance notice as reasonable to Mr. McCloud concerning the date of his

possible appearance.  Any alleged failure so to cooperate shall not excuse Mr.

McCloud from appearing as required by the subpoena.

SO ORDERED this 16th day of March, 2006.

s/Robert L. Hinkle

Chief United States District Judge